IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NYOKA CURTIS, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-11-2231 |
| § | |
| BP AMERICA, INC., *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

This court stayed this case pending the JPML's decision whether to transfer the case to the Eastern District of Louisiana. However, if the case is transferred, it will be helpful to the MDL court to have the briefing on the remand motion complete. If the case is not transferred, having the briefing completed will be helpful to this court. Accordingly, the defendants must respond to the remand motion. The response is due by **August 15, 2011**.

SIGNED on July 29, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge